ALFRED EGLOFF v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC.—

Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.